UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


JOHN C. ARWOOD, JR.,

    Plaintiff,

v.                                                      3:06-cv-13

SHERIFF DAVID DAVENPORT and
JAIL ADMINISTRATOR MURLIN FORESTER,

    Defendants.


## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

                                                              s/ Thomas W. Phillips
                                                        United States District Judge